

John B. McEntire, IV
*Senior Litigator*
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for John F. Friedlander

United States District Court
Eastern District of Washington
Honorable Wm. Fremming Nielsen

| | |
|---|---|
| United States, | No. 2:87-CR-308-WFN-1 |
| Plaintiff, | Notice of Withdrawal of Motion |
| v. | |
| John Franklin Friedlander, | |
| Defendant. | |

On January 13, 2022, John Friedlander filed a §3582 request before the Court.[1] Notice is provided that Mr. Friedlander formally withdraws that motion, removing both the Government's need to respond, as well as the Court's need to issue a ruling.

Dated: February 3, 2022.

    Federal Defenders of Eastern Washington & Idaho
    Attorneys for John Franklin Friedlander

    <u>s/ John B. McEntire, IV</u>
    John B. McEntire, IV, WSBA No. 39469
    10 North Post Street, Suite 700
    Spokane, Washington 99201
    t: (509) 624-7606
    jay_mcentire@fd.org

**Service Certificate**

I certify that on February 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Richard Barker.

    <u>s/ John B. McEntire, IV</u>
    John B. McEntire, IV, WSBA No. 39469
    10 North Post Street, Suite 700
    Spokane, Washington 99201
    t: (509) 624-7606
    jay_mcentire@fd.org

---

[1] ECF No. 17 (Motion).